COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00860-CV |
| Style: | Fernando Haffid Camero v. Samantha Jo Camero |
| Date motion filed*: | March 7, 2016 |
| Type of motion: | Second Motion for Extension of Time to File Appellant's Pro Se Brief or Affidavit |
| Party filing motion: | *Pro Se* Appellant |
| Document to be filed: | Appellant's Brief or Affidavit in Support of Motion for Extension of Time to File Notice of Appeal |

Is appeal accelerated?  No.

If motion to extend time:

| | |
|---|---|
| Original due date: | February 21, 2016 |
| Number of extensions granted: | 1    Current Due Date: March 21, 2016 |
| Date Requested: | March 24, 2016 |

Ordered that motion is:

☑ Granted; If document is to be filed, document due: **March 24, 2016.**
    ☑ No further extensions of time will be granted **absent extraordinary circumstances**.
□ Denied
□ Dismissed (*e.g.*, want of jurisdiction, moot)
□ Other: _____

Judge's signature: /s/ Laura Carter Higley
    ☒  Acting individually

Date:  March 15, 2016

November 7, 2008 Revision